No. 66073.—M. Zwiebel *v.* United States, protest 60/27140 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of wood extending scissors similar in all material respects to those the subject of Abstract 25607, the claim of the plaintiff was sustained.

No. 66074.—Paul E. Sernau, Inc. *v.* United States, protests 59/6948, etc.  (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.